UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION
_____

RICHARD A. GIBSON, JR.,

    Plaintiff,

v.                                         Case No. 12-2911

SILVER LINE BUILDING
PRODUCTS LLC.,

    Defendant.
_____

## STIPULATION OF DISMISSAL WITH PREJUDICE
_____

      Plaintiff and Defendant have resolved their dispute. The parties stipulate and agree, pursuant to Rule 41, that the case should be dismissed with prejudice. Therefore, the parties respectfully request that the Court dismiss Plaintiff's claims with prejudice.


                                              Respectfully submitted,


                                              /s/ *William B. Ryan*
                                              William B. Ryan #20269
                                              Janelle C. Osowski #31359
                                              Donati Law, PLLC
                                              1545 Union Avenue
                                              Memphis, TN 38104
                                              901/278-1004
                                              Attorneys for Plaintiff

/s/ Elizabeth Rudnick
Elizabeth Rudnick
Littler Mendelson,
3725 Champion Hills Drive, Suite 3000,
Memphis, TN 38125
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document has been served via the Court's ECF system on the attorney for Defendant, Elizabeth Rudnick, Littler Mendelson, 3725 Champion Hills Drive, Suite 3000, Memphis, TN 38125, on September 2, 2013.

.

/s/ William B. Ryan